IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCKNEL ELIZAIRE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 17-3945 |
| THE TRAVELERS COMPANIES d/b/a TRAVELERS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __14th__ day of December, 2017, upon consideration of Plaintiffs' Complaint, attached as Exhibit A to Defendants' Notice of Removal to the United States District Court for the Eastern District of Pennsylvania (Doc. 1), Defendant's Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") (Doc. 4), Defendant's Brief in Support of its Motion to Dismiss Plaintiffs' Complaint (Doc. 5), Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Complaint and accompanying Memorandum of Law in Support of Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Complaint (Doc. 6), and Defendant's Reply Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Complaint (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**;

2. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.